## Carterville Mining Company v. Coal Belt Railway Company.

This case is controlled by the decision in New Ohio Washed Coal Company v. Coal Belt Railway Company, *ante*, p. 153.

Appeal from interlocutory injunctional order. Appeal from the Circuit Court of Williamson County; the Hon. WARREN W. DUNCAN, Judge, presiding. Heard in this court at the August term, 1904. Affirmed. Opinion filed September 21, 1904.

TENNEY, COFFEEN, HARDING & WILKERSON, for appellant.

A. W. UNDERWOOD and F. W. RAYMOND, for appellee; FORMAN & WHITNEL and J. A. McKEOWN, of counsel.

PER CURIAM.

This case in all material respects is the same as New Ohio Washed Coal Company v. Coal Belt Railway Company, *ante*, p. 153. What we say there is applicable here. This case is controlled by that one.

The order of the Circuit Court granting the temporary injunction is affirmed.

*Affirmed.*